IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

| | | |
|---|---|---|
| PAUL GAMBOA TAYLOR, | : | |
| | : | |
| Appellant, | : | |
| | : | No. 14-9005 |
| v. | : | |
| | : | |
| COMMISSIONER OF PENNSYLVANIA DEPT. OF CORRECTIONS, et al., | : | |
| | : | |
| Appellees. | : | |

_____

## STATUS REPORT

Pursuant to this Court's Order of August 23, 2022, Appellant, through undersigned counsel, respectfully submits this status report.

1. This is a capital habeas corpus proceeding. Appellant is currently litigating a successor post-conviction petition before the Supreme Court of Pennsylvania.

2. On June 15, 2022, Appellant informed this Court of his intent to file a successive state court petition based on *Commonwealth v. Bradley,* 261 A.3d 381 (Pa. 2021), and requested that the Court place this case in civil suspense pending the resolution of that petition. ECF No. 299.

3. On June 30, 2022, Appellant, through counsel, filed a petition in the York County Court of Common Pleas requesting state post-conviction and habeas relief. That petition seeks habeas corpus relief pursuant to *Bradley*, Article I,

section 14 of the Pennsylvania Constitution, and 42 Pa. C.S. § 6503, and statutory post-conviction relief under 42 Pa.C.S. § 9542 *et seq.*.

4. On August 23, 2022, this Court placed this case in civil suspense. ECF No. 300. The case remains stayed pending adjudication of Appellant's *Bradley* claim in state court. *See id.*

5. Appellant continues to litigate his *Bradley*-based claim in state habeas proceedings. In October of 2022, Judge Ness issued an order dismissing the petition. Appellant sought reconsideration of Judge Ness's order and filed a notice appeal. Thereafter, Judge Ness issued a notice of intent to dismiss the petition in its entirety. Appellant filed a notice of appeal in the Pennsylvania Supreme Court.

6. On July 31, 2023, Appellant filed his brief in the Pennsylvania Supreme Court. Appellant's appeal to the Pennsylvania Supreme Court remains pending. *See Commonwealth of Pennsylvania v. Paul G. Taylor,* Case No. 805 Cap (Pa. Sup. Ct.).

    Respectfully submitted,

    /s/ Matthew C. Lawry
    Matthew C. Lawry
    Federal Community Defender Office
    for the Eastern District of Pennsylvania
    Capital Habeas Unit
    601 Walnut Street, Suite 545 West
    Philadelphia, PA 19106
    (215) 928-0520
    Matthew_Lawry@fd.org

Dated: August 21, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2023, the foregoing document has been served electronically by the Court's electronic transmission equipment upon the following person:

>William R. Stoycos, Esquire
>Senior Deputy Attorney General
>Appeals and Legal Services Section
>16th Floor - Strawberry Square
>Harrisburg, PA 17120

>/s/ Matthew C. Lawry
>Matthew C. Lawry