# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-9005

Paul Taylor v. Commissioner of Pennsylvania D, et al

(U.S. District Court No.: 4-04-cv-00553)

## ORDER

Pursuant to the order dated August 23, 2022, a periodic status report is required to be filed in the above-entitled matter pending futher action by the Court. As of the date of this order, the scheduled status report has not been filed.

A status report must be filed on or before February 28, 2024, and every 60 thereafter. Failure to comply may result in the administrative termination of this matter.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:     February 21, 2024
NMB/cc:   William R. Stoycos, Esq.
          David L. Zuckerman, Esq.