# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

PAUL GAMBOA TAYLOR,

 Appellant,

v.

COMMISSIONER OF PENNSYLVANIA
DEPT. OF CORRECTIONS, et al.,

 Appellees.

_____

No. 14-9005

## STATUS REPORT

Pursuant to this Court's Order of August 23, 2022, Appellant, through undersigned counsel, respectfully submits this status report.

 1. This is a capital habeas corpus proceeding. Appellant is currently litigating a successor post-conviction petition before the Supreme Court of Pennsylvania.

 2. On June 15, 2022, Appellant informed this Court of his intent to file a successor state court petition based on *Commonwealth v. Bradley,* 261 A.3d 381 (Pa. 2021), and requested that the Court place this case in civil suspense pending the resolution of that petition. ECF No. 299.

 3. On June 30, 2022, Appellant, through counsel, filed a petition in the York County Court of Common Pleas requesting state post-conviction and habeas relief. That petition seeks habeas corpus relief pursuant to *Bradley,* Article I,

section 14 of the Pennsylvania Constitution, and 42 Pa. C.S. § 6503, and statutory post-conviction relief under 42 Pa.C.S. § 9542 *et seq*.

4. On August 23, 2022, this Court placed this case in civil suspense. ECF No. 300. The case remains stayed pending adjudication of Appellant's *Bradley* claim in state court. *See id.*

5. Appellant continues to litigate his *Bradley*-based claim in state post-conviction proceedings. The matter is now fully briefed before the Supreme Court of Pennsylvania and the parties are awaiting a ruling. *See Commonwealth of Pennsylvania v. Paul G. Taylor,* Case No. 805 Cap (Pa. Sup. Ct.).

        Respectfully submitted,

        /s/ David Zuckerman
        David Zuckerman
        Federal Community Defender Office
        for the Eastern District of Pennsylvania
        Capital Habeas Unit
        601 Walnut Street, Suite 545 West
        Philadelphia, PA 19106
        (215) 928-0520
        David_Zuckerman@fd.org

Dated: April 19, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2024, the foregoing document has been served electronically by the Court's electronic transmission equipment upon the following person:

>William R. Stoycos, Esquire
>Senior Deputy Attorney General
>Appeals and Legal Services Section
>16th Floor - Strawberry Square
>Harrisburg, PA 17120


　　　　　　　　　　　　　　　　　/s/ *David Zuckerman*
　　　　　　　　　　　　　　　　　David Zuckerman