# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| PAUL GAMBOA-TAYLOR, | : | |
| Appellant | : | |
| | : | |
| V. | : | No. 14-9005 |
| | : | |
| COMMISSIONER OF PENNSYLVANIA | : | |
| DEPT. OF CORRECTIONS, *ET AL.*, | : | |
| Appellees | : | |

## APPELLEES' UNOPPOSED MOTION FOR SECOND, 60-DAY EXTENSION OF TIME FOR PARTIES TO FILE SUPPLEMENTAL BRIEFS

Appellees the Commissioner of Pennsylvania Department of Corrections, *et al.* ("the Commonwealth"), through undersigned counsel, hereby respectfully request that this Honorable Court grant a second, 60-day extension of time within which the parties may file their supplemental briefs in this case, establishing a new filing deadline of December 17, 2024. In support thereof, the Commonwealth avers the following:

1

1.  On April 21, 2015, this Court granted Appellant Paul Gamboa-Taylor's ("Taylor") motion for certificate of appealability in this capital murder federal habeas corpus case.

2.  At issue in this appeal is an Order entered by the United States District Court for the Middle District of Pennsylvania, per the Honorable Matthew W. Brann ("the District Court"), denying Taylor's motion for relief from judgment pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure.

3.  Taylor filed his counseled brief in this Court on January 13, 2016.

4.  The Commonwealth filed its counseled brief in this Court on November 3, 2016.

5.  Taylor filed his counseled reply brief on February 21, 2017.

6.  On May 19, 2017, the parties filed supplemental briefs at the direction of the Court.

7.  On July 18, 2017, the parties filed supplemental letter briefs at the direction of the Court.

8. On October 25, 2018, the Court scheduled oral argument for December 12, 2018.

9. On December 4, 2018, Taylor filed a counseled motion requesting the postponement of oral argument pending the litigation of claims in state court.

10. On December 7, 2018, the Court postponed oral argument pending resolution of the ongoing state court litigation.

11. On June 22, 2021, the Court scheduled oral argument for August 5, 2021.

12. On July 15, 2021, Taylor filed a counseled motion requesting a continuance of oral argument.

13. On July 16, 2021, the Court granted that motion.

14. On June 10-11, 2022, the parties filed supplemental letter briefs at the direction of the Court.

15. On June 15, 2022, Taylor filed a counseled motion requesting the Court to place the proceedings in civil suspense while additional claims were being litigated in state court.

16. On August 23, 2022, the Court placed the case in civil suspense.

17. On June 20, 2024, Taylor notified the Court that the previously-pending state court litigation had concluded on May 31, 2024 and moved for leave of Court for the parties to file supplemental briefs addressing recent developments in the law as they relate to Taylor's appeal that was initiated in 2015.

18. On June 21, 2024, the Court granted the parties leave to file supplemental briefs no later than August 19, 2024 not to exceed 7500 words that address the impact of cases relevant to the issue presented in this case which were decided on or after June 15, 2022.

19. On August 16, 2024, the Commonwealth filed a motion requesting a 60-day extension of time for the parties to file their supplemental briefs, establishing a new deadline of October 18, 2024.

20. The Court did not rule on that motion.

21. Due to the press of professional responsibilities in other, unrelated cases, undersigned counsel for the Commonwealth requires additional time beyond October 18, 2024 to prepare and file a thorough, well-reasoned supplemental brief that will meaningfully assist the Court in disposing of the pending appeal.

22. More specifically, during the past 30 days, undersigned counsel has been required to: (a) prepare and file a response to a 268-page PCRA petition in the capital murder case of *Commonwealth v. Donald Tedford* in the Butler County Court of Common Pleas, No. 241-86; (b) prepare and file a response to a PCRA petition in the first-degree murder case of *Commonwealth v. Gary Gerber* in the Monroe County Court of Common Pleas, No. 112-CR-2007; (c) prepare for and participate in a PCRA evidentiary hearing in the attempted murder case of *Commonwealth v. Jamey Robertson* in the Lebanon County Court of Common Pleas, No. CP-38-CR-1791-2002; and (d) fulfill his responsibilities as an administrative law judge for the Office of Attorney General including the conduct of evidentiary hearings and writing of dispositive Opinions.

23. During the next 30 days, undersigned counsel is required to: (a) prepare and file an appellant's brief in the first-degree murder case of *Commonwealth v. Brentt Sherwood* in the Superior Court of Pennsylvania, No. 605 MDA 2024; (b) prepare and file a response to a petition for writ of habeas corpus in *Austin Haitos v. Melissa Hainsworth et. al* in the United States District Court for the Middle

District of Pennsylvania, No. 1:24-cv-00372; (c) prepare and file a response to a petition for writ of habeas corpus in *Travis Berry v. Superintendent Brothers* in the United States District Court for the Western District of Pennsylvania, No. 1:23-cv-00337-RAL; (d) prepare and file an appellee's brief in *Commonwealth v. Joshua Lukach* in the Superior Court of Pennsylvania, No. 680 MDA 2024; and (e) fulfill his responsibilities as an administrative law judge for the Office of Attorney General including the conduct of evidentiary hearings and writing of dispositive Opinions.

24. For these reasons, the Commonwealth is requesting that the deadline for the parties' filing of their supplemental briefs be extended to December 17, 2024.

25. Undersigned counsel has communicated with counsel for Mr. Taylor, David Zuckerman, Esquire, and Attorney Zuckerman has indicated that Mr. Taylor does NOT oppose the Commonwealth's motion for the grant of an additional 60 days for the filing of the parties' supplemental briefs.

26. Undersigned counsel certifies that this motion is being filed in good faith and for no improper purpose.

6

WHEREFORE, Appellees hereby respectfully request that this Honorable Court grant a second, 60-day extension of time within which the parties may file their supplemental briefs in this case, establishing a new filing deadline of December 17, 2024.

                        Respectfully submitted,

                        _/s/_ *WILLIAM R. STOYCOS*
                        WILLIAM R. STOYCOS
                        Senior Deputy Attorney General
                        Attorney I.D. No. 68468
                        wstoycos@attorneygeneral.gov
                        (Counsel for Appellees)

Office of Attorney General
Appeals & Legal Services Section
16th Floor, Strawberry Square
Harrisburg, PA  17120
(717) 787-1401
(Fax) (717) 783-5431
Dated:  October 18, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving one copy of the foregoing document upon the persons and in the manner indicated below:

Via electronic filing and regular mail, postage prepaid, as follows:

David Zuckerman, Esquire
Federal Community Defender Office
Suite 545 West, The Curtis Center
Independence Square West
601 Walnut Street
Philadelphia, PA 19106
(*Counsel for Appellant*)

/s/*WILLIAM R. STOYCOS*
WILLIAM R. STOYCOS
Senior Deputy Attorney General
Attorney I.D. No. 68468
(*Counsel for Appellee*)

Office of Attorney General
Criminal Law Division
Appeals and Grand Jury Section
16th Floor, Strawberry Square
Harrisburg, PA  17120
(717) 787-1401
(Fax) (717) 783-5431

Dated:  October 18, 2024