UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **14-9005**

PAUL GAMBOA TAYLOR,

                                    Appellant
v.

COMMISSIONER OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS; SUPERINTENDENT OF SCI PITTSBURGH; SUPERINTENDENT OF SCI ROCKVIEW

(M.D. Pa. No. 4-04-cv-00553)

Present: SHWARTZ, KRAUSE and AMBRO, Circuit Judges

1. Unopposed Motion by Appellees Secretary Pennsylvania Department of Corrections, Superintendent Pittsburgh SCI and Superintendent Rockview SCI for Extension of Time to File Supplemental Brief until October 18, 2024;

2. Unopposed Motion by Appellees Secretary Pennsylvania Department of Corrections, Superintendent Pittsburgh SCI and Superintendent Rockview SCI for Extension of Time to File Supplemental Brief until December 17, 2024

                                                                     Respectfully,
                                                                     Clerk/NMB/dwb

_____ORDER_____

      The foregoing Unopposed Motion by Appellees Secretary Pennsylvania Department of Corrections, Superintendent Pittsburgh SCI and Superintendent Rockview SCI for Extension of Time to File Supplemental Brief until October 18, 2024, is dismissed as **moot**;

      Unopposed Motion by Appellees Secretary Pennsylvania Department of Corrections, Superintendent Pittsburgh SCI and Superintendent Rockview SCI for Extension of Time to File Supplemental Brief until December 17, 2024, is **granted.**

By the Court,

s/THOMAS L. AMBRO
Circuit Judge

Dated: October 24, 2024
cc:　David L. Zuckerman, Esq.
　　　William R. Stoycos, Esq.