**No. 14-9005**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

PAUL GAMBOA TAYLOR,

*Petitioner-Appellant,*

V.

DR. LAUREL R. HARRY,
*COMM'R OF PENNSYLVANIA DEPT. OF CORR.*, et al.,
*Respondent-Appellee.*

On Appeal from the United States District Court
for the Middle District of Pennsylvania
No. 4:04–cv–00553-MWB-AP, Hon. Matthew W. Brann

### Joint Motion for Extension of Time

The parties respectfully and jointly request a thirty-day extension of time to file their supplemental briefing addressing the "impact of cases relevant to the issues presented in this case which were decided on or after June 15, 2022." Order, *Taylor v. Comm'r of Pennsylvania Dept. of Corr.,* Case No. 14-9005 (3rd Cir. June 21, 2024). In support of this request, the parties state as follows:

1.    This is a capital habeas corpus proceeding. The parties are before this Court on appeal from a denial of a motion for relief from

judgment pursuant to Federal Rule of Civil Procedure 60(b)(6). *See* Memorandum, *Taylor v. Horn et al.*, Case No. 4:04-cv-553-MWB-AP, Dkt. No. 41 (E.D. Pa. Oct. 15, 2014); Appellant's Application for Certificate of Appealability, *Taylor v. Comm'r of Pennsylvania Dept. of Corr.*, Case No. 14-9005 (3rd Cir. Feb. 4, 2015).

2.     Following the Supreme Court's decision in *Shinn v. Ramirez*, 596 U.S. 366 (May 23, 2022), the Court ordered, and the parties submitted, supplemental briefing addressing *Shinn's* effect on these proceedings. Clerk's Letter, *Taylor v. Comm'r of Pennsylvania Dept. of Corr.*, Case No. 14-9005 (3rd Cir. May 25, 2022); Paul Gamboa Taylor's Letter Brief, *Taylor v. Comm'r of Pennsylvania Dept. of Corr.*, Case No. 14-9005 (3rd Cir. June 10, 2022); Respondent's Supplemental Letter Brief, *Taylor v. Comm'r of Pennsylvania Dept. of Corr.*, Case No. 14-9005 (3rd Cir. June 11, 2022).

3.     Shortly thereafter, Petitioner notified the Court of his intention to file a state successor petition premised on the Pennsylvania Supreme Court's decision in *Commonwealth v. Bradley*, 261 A.3d 381 (Pa. Oct. 20, 2021), and requested that the Court stay the above-captioned proceedings pending the outcome of that state-court litigation.

Appellant's Motion to Place Case in Civil Suspense, *Taylor v. Comm'r of Pennsylvania Dept. of Corr.,* Case No. 14-9005 (3rd Cir. June 15, 2022). The Court granted his motion and placed the case in civil suspense. Order, *Taylor v. Comm'r of Pennsylvania Dept. of Corr.,* Case No. 14-9005 (3rd Cir. Aug. 23, 2022).

4. Petitioner's *Bradley*-based state successor litigation concluded in May of 2024. Status Report and Unopposed Motion for Leave for the Parties to File Supplemental Briefs, *Taylor v. Comm'r of Pennsylvania Dept. of Corr.,* Case No. 14-9005 (3rd Cir. June 20, 2024). Petitioner then requested leave to provide updated briefing, *id.*, and this Court granted Petitioner's request, ordering the parties to "submit supplement[al] briefs not to exceed 7500 words that address the impact of cases relevant to the issue presented in this case which were decided on or after June 15, 2022." Order, *Taylor v. Comm'r of Pennsylvania Dept. of Corr.,* Case No. 14-9005 (3rd Cir. June 21, 2024).

5. The parties' supplemental briefs are currently due January 31, 2025. Order, *Taylor v. Comm'r of Pennsylvania Dept. of Corr.,* Case No. 14-9005 (3rd Cir. Dec. 27, 2024).

6.     The parties hereby jointly request a final thirty-day continuance of the deadline to submit their supplemental briefing.

7.     This request is premised in part on recent retirements at the Federal Community Defender Office for the Eastern District of Pennsylvania. Both counsel of record for petitioner in this case (Matthew C. Lawry and David L. Zuckerman) have retired from the practice of law. Sam Welch, an Assistant Federal Defender at the Federal Community Defender Office for the Eastern District of Pennsylvania, has concurrently herewith entered his appearance in this case. Mr. Welch is familiar with the record in Mr. Taylor's case and respectfully requests thirty days to review the relevant pleadings, conduct additional research, and file the requested supplemental briefing.

8.     The Commonwealth believes that a final 30 day extension of time would be appropriate given the retirements of Attorney Lawry and Attorney Zuckerman and given Attorney Welch's recent entry into the litigation.

9.     If the parties' joint request is granted, their supplemental briefing would be due Monday, March 3, 2025.

10.    Barring extraordinary and unforeseen circumstances, the parties do not anticipate requiring any additional extensions.

Respectfully submitted,


/s/ *Sam Welch*                                    /s/ *William Stoycos*
SAM WELCH                                          WILLIAM STOYCOS
Assistant Federal Defender                         Senior Deputy Attorney General
PA Bar No. 329848                                  PA Bar No. 68468
Federal Community Defender                         Office of Attorney General
    Office for the EDPA                                of the State of Pennsylvania
601 Walnut Street, Suite 545 West                  Appeals & Legal Services Section
Philadelphia, PA 19106                             Harrisburg, PA 17120
(215) 928-0520 (phone)                             (717) 787-1401 (phone)
(215) 928-0826 (fax)                               (717) 783-5431 (fax)
*Counsel for Petitioner/Appellant*                 *Counsel for Respondent/Appellee*


Dated: January 29, 2025

# CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 654 words. This motion was prepared using Microsoft Word for Office 365 software and, in making this certification, I have relied upon that software's word-count feature. This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) because it has been prepared in a proportionally spaced, serif typeface (Century Schoolbook) in 14-point size. It complies with the typestyle requirements of Fed. R. App. P. 32(a)(6), because it has been set in plain, roman style.

/s/ *Sam Welch*
Sam Welch

Dated: January 29, 2025

# CERTIFICATE OF SERVICE

I, Sam Welch, hereby certify that, on this date, I electronically filed the foregoing brief with the Clerk of Court for the Third Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Sam Welch*
Sam Welch

Dated: January 29, 2025