# FEDERAL COMMUNITY DEFENDER OFFICE
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### DEFENDER ASSOCIATION OF PHILADELPHIA
### FEDERAL COURT DIVISION
#### CAPITAL HABEAS UNIT

**LISA EVANS LEWIS**
Chief Federal Defender

The Curtis - Suite 545 West
601 Walnut Street
Philadelphia, PA 19106
Phone: 215.928.0520
Fax: 215.928.0826

**JENNIFER CHICCARINO**
First Assistant

March 10, 2025

Patricia S. Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
United States Courthouse
601 Market Street
Philadelphia, PA

Re: ***Taylor v. Comm'r of Pa. Dep't of Corr., et al.***, No. 14-9005

Dear Ms. Dodszuweit:

Pursuant to the Court's order, Text Order, *Taylor v. Comm'r of Pa. Dep't of Corr. et al.*, No. 14-9005 (March 7, 2025), ECF No. 330, the undersigned has filed this letter to request that the Court accept the exhibit to his supplemental brief filed on March 3, 2025. *See* Exhibit, *Taylor v. Comm'r of Pa. Dep't of Corr. et al.*, No. 14-9005 (March 3, 2025), ECF No. 326. The exhibit is a copy of the Decision and Order issued by Magistrate Judge Michael R. Merz in *Hasan v. Ishee*, Case No. 1:03-cv-288, ECF No. 306 (S.D. Ohio Oct. 2, 2023). It is cited in Mr. Taylor's supplemental brief, Supplemental Brief, *Taylor v. Comm'r of Pa. Dep't of Corr. et al.*, No. 14-9005 (March 3, 2025), ECF No. 325 at 12[1], and is not available in a publicly accessible electronic database. *See* Fed. R. App. P.

---

[1] All page numbers refer to the ECF-stamped page numbers appearing at the top of the document.

32.1(b)("If a party cites a federal judicial opinion, order, judgment, or other written disposition that is not available in a publicly accessible electronic database, the party must file and serve a copy of that opinion, order, judgment, or disposition with the brief or other paper in which it is cited.")

Respectfully submitted,

/s/ Sam Welch
Sam Welch
Federal Community Defender Office
for the Eastern District of
Pennsylvania - Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Sam_welch@fd.org

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2025, the foregoing document has been served electronically by the Court's electronic transmission equipment upon the following person:

William R. Stoycos, Esquire
Senior Deputy Attorney General
Appeals and Legal Services Section
16th Floor - Strawberry Square
Harrisburg, PA 17120

/s/ Sam Welch
Sam Welch

# CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 214 words. This motion was prepared using Microsoft Word for Office 365 software and, in making this certification, I have relied upon that software's word-count feature. This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) because it has been prepared in a proportionally spaced, serif typeface (Century Schoolbook) in 14-point size. It complies with the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been set in plain, roman style. I also hereby certify that, pursuant to L.A.R. 31.0(c), a virus detection program (Apex One Security Agent, version 19.947.00) has been run on the file that contains this letter and that no virus was detected.

/s/ Sam Welch
Sam Welch