# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

P<span>AUL</span> G<span>AMBOA</span> T<span>AYLOR</span>,

*Petitioner-Appellant,*

v.

D<span>R</span>. L<span>AUREL</span> R. H<span>ARRY</span>,
*C<span>OMM</span>'<span>R OF</span> P<span>ENNSYLVANIA</span> D<span>EPT</span>. <span>OF</span> C<span>ORR</span>.*, et al.*,

*Respondent-Appellee.*

On Appeal from the United States District Court
for the Middle District of Pennsylvania
No. 4:04–cv–00553-MWB-AP, Hon. Matthew W. Brann

**Addendum to Supplemental Brief**

Pursuant to the Court's Order, Text Order, *Taylor v. Comm'r of Pa. Dep't of Corr., et al.*, No. 14-9005 (March 7, 2025), ECF No. 330[1], Mr. Taylor submits this Addendum to his Supplemental Brief, filed March 3, 2025. *See* Supplemental Brief, ECF No. 324.

The undersigned hereby certifies that Petitioner's Supplemental Brief, *see* ECF No. 324, complies with the type-volume limitations of this

---

[1] Unless otherwise indicated, all citations to ECF docket numbers refer to entries on the electronic docket in the above-captioned case.

Court's June 21, 2024 Order, ECF No. 315 (imposing a 7,500-word limit) because it contains 3,621 words. The Supplemental Brief was prepared using Microsoft Word for Office 365 software and, in making this certification, the undersigned has relied upon that software's word-count feature.

In addition, the undersigned certifies that the Petitioner's Supplemental Brief complies with the typestyle requirements of Fed. R. App. P. 32(a)(6) because it is set in plain, roman style. The undersigned also certifies that the Petitioner's Supplement Brief complies with the first sentence of the typeface requirements of Fed. R. App. P. 32(a)(5)(A) because it was prepared in a proportionally spaced, serif typeface (Century Schoolbook).

The Petitioner's Supplemental Brief did not comply with the second sentence of the typeface requirements of Fed. R. App. P. 32(a)(5)(A) because it was not reproduced in 14-point font. The undersigned certifies that the Petitioner's corrected Supplemental Brief, filed concurrently herewith, complies with both the typestyle requirements of Fed. R. App. P. 32(a)(6) and all of the typeface requirements of Fed. R. App. P. 32(a)(5)(A). Petitioner hereby requests that the Court accept and file his

corrected Supplemental Brief in place of the Supplemental Brief filed March 3, 2025. *See* ECF 325.

Pursuant to Third Circuit Local Appellate Rule 31.1(c), the undersigned hereby certifies that the text of the paper copies received by the Court on March 7, 2025, *see* Hard Copy Received, ECF No. 328, was identical to the text of the electronic brief filed on March 3, 2025. *See* Supplemental Brief, ECF No. 324. Because the Petitioner has changed the size of the font in his corrected Supplemental Brief, he has also concurrently transmitted paper copies of the corrected Supplemental Brief to the Court. Pursuant to Third Circuit Local Appellate Rule 31.1(c), the undersigned hereby certifies that the text of the paper copies of the corrected Supplemental Brief is identical to the text of the electronic version of the corrected Supplemental Brief.[2]

Finally, the undersigned certifies that, pursuant to L.A.R. 31.0(c), a virus detection program (Apex One Security Agent, version 19.947.00) has been run on the file that was uploaded on March 3, 2025, the

---

[2] The undersigned certifies that—with the exception of the size of the font, the date of filing, the date of service, and the certificates of service and compliance—the text of the corrected Supplemental Brief is identical to the text of the original Supplemental Brief.

corrected Supplemental Brief filed herewith, and this Addendum, and the undersigned certifies that no virus was detected in any of the files.

        Respectfully submitted,

        /s/ Sam Welch
        Sam Welch
        Federal Community Defender Office
        for the Eastern District of
        Pennsylvania - Capital Habeas Unit
        601 Walnut Street, Suite 545 West
        Philadelphia, PA 19106
        (215) 928-0520
        Sam_welch@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2025, the foregoing document has been served electronically by the Court's electronic transmission equipment upon the following person:

>William R. Stoycos, Esquire
>Senior Deputy Attorney General
>Appeals and Legal Services Section
>16th Floor - Strawberry Square
>Harrisburg, PA 17120

>/s/ Sam Welch
>Sam Welch

# CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this addendum complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 477 words. This addendum was prepared using Microsoft Word for Office 365 software and, in making this certification, I have relied upon that software's word-count feature. This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) because it has been prepared in a proportionally spaced, serif typeface (Century Schoolbook) in 14-point size. It complies with the typestyle requirements of Fed. R. App. P. 32(a)(6), because it has been set in plain, roman style. I also hereby certify that, pursuant to L.A.R. 31.0(c), a virus detection program (Apex One Security Agent, version 19.947.00) has been run on the file that contains this addendum and that no virus was detected.

/s/ Sam Welch
Sam Welch